IN THE UNITED STATES DISTRICT COURT
SOUTHISN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **KIM MATTHEW BREAUX,** *Petitioner* | § § § | |
| VS. | § § | CIVIL ACTION NO. 2:24-cv-226 |
| **LOWE'S COMPANY INC.; LOWE'S HOME CENTERS, LLC; LF, LLC; AND LOWE'S HOME IMPROVEMENT, LLC** *Respondent* | § § § § § | JURY TRIAL REQUESTED |

## PLAINTIFF'S MOTION TO DISMISS

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW KIM MATTHEW BREAUX,** Plaintiff in the above styled and numbered cause, and **DEFENDANTS LOWE'S COMPANY INC.; LOWE'S HOME CENTERS, LLC; LF, LLC; AND LOWE'S HOME IMPROVEMENT, LLC**, Defendant herein, and move this court for an Order dismissing the claims of **KIM MATTHEW BREAUX** with prejudice against the Defendant, **LOWE'S COMPANY INC.; LOWE'S HOME CENTERS, LLC; LF, LLC; AND LOWE'S HOME IMPROVEMENT, LLC**, and in support thereof would show:

Plaintiff no longer desires to prosecute Plaintiff's claims against Defendant **LOWE'S COMPANY INC.; LOWE'S HOME CENTERS, LLC; LF, LLC; AND LOWE'S HOME IMPROVEMENT, LLC** and said Defendant has no pleadings on file seeking affirmative relief from Plaintiff.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff **KIM MATTHEW BREAUX** and Defendant **LOWE'S COMPANY INC.; LOWE'S HOME CENTERS, LLC; LF, LLC; AND LOWE'S HOME IMPROVEMENT, LLC** pray that the Court enter an Order dismissing, with prejudice Plaintiff **KIM MATTHEW BREAUX**'s cause of action against **LOWE'S COMPANY INC.; LOWE'S HOME CENTERS, LLC; LF, LLC; AND LOWE'S HOME IMPROVEMENT, LLC**

.

Respectfully Submitted,

**WILLIAMS ATTORNEYS, PLLC**

By: /s/ _____
**JUSTIN L. WILLIAMS**
SBN: 21555800
**SEAN WILLIAMS**
SBN: 24103990
**RYAN WILLIAMS**
SBN: 24103989
**DALILA RAMOS**
SBN: 24128863
500 N. Water Street, Suite 500
Corpus Christi, TX 78401
Telephone: (361) 885-0184
Facsimile: (361) 885.0309
Service Email: service@williamstrial.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record by certified mail, return receipt requested, unless otherwise specified on this the 12TH day of March 2025.

*VIA EMAIL: Kristin.richards@lowes.com*
Kristin Richards
Attorney for Defendant Lowe's

_____
Sean Williams